

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-7984

October 26, 2009

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Rickey Louis Alford
CDC#J39242
P. O. Box 4670
Lancaster, Ca 93539

Dear Sir or Madam:

Your complaint has been lodged and assigned a civil case number  CV09-7776

Upon the submission of your complaint, it was noted that you did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete the form indicated below in its entirety:

☐ *Declaration in Support of Request to Proceed in Forma Pauperis (CV-60)*
☑ *Declaration in Support of Request to Proceed Without Prepayment of Filing Fees (CV-60P)*

If you do not respond within THIRTY DAYS from the date above, your action will be dismissed and the file closed. If you submit the Declaration or pay the filing fee within THIRTY DAYS, judges will be assigned to your case. If you submit the Declaration, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee. The fee can be paid in partial payments pursuant to a court ordered schedule.

Enclosed you will find this court's current Declaration form which you must complete in its entirety.

Sincerely,

Clerk, U. S. District Court

By: __C. Sawyer__
    Deputy Clerk

encls

CV-47 (09/08)                NOTICE RE: DISCREPANCIES WITH LODGING OF COMPLAINT