**FULL NAME:** Rickey Louis Alford

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** P.O. Box 4670 Lancaster Calif 93539

**PRISON NUMBER (if applicable):** J39242

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rickey Louis Alford

PLAINTIFF,

v.

Barack Obama et al

DEFENDANT(S).

**CASE NUMBER:** CV09 7776
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2009 OCT 26 PM 1:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

A. PREVIOUS LAWSUITS  with Habeas Corpus

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Law suits have been filed making claims of Mrs Vivian Ann Kilson being poisoned with a deadly toxic: but Mrs Kilson is protecting Ashely Wilson, she and Mr. Johnnie Lee Kilson were meeting at 1-3 oclock in the wee hours of the night, when Mrs Kilson was taken to the hospital, it appears shes committing suicide but both Ashely Wilson and Mr. Johnnie Lee Kilson participated in a attempt murder scheme, and Parole Agent Rodney McElvaine participated: McElvaine told R L. Alford stay at the house until she dies:

CIVIL RIGHTS COMPLAINT

CV-65 (7/97)                                                                                                    Page 1 of 6

attached to first page 1 of 6

Other Defendants of the Black race:

(1) F. B. Haws, Warden (black)
(2) Hicks, Psychiatrist (black)
(3) M. Parker Corr off (black)
(4) Wadley Psychologist (black)
(5) M. Cooper Corr. off (black)
(6) Rodney McElvaine, Parole Agent (black)
(7) Sgt Franklin Corr. off (black)

These blacks were able to join Rodney McElvaine in using a toxic poisoning on plaintiff Alford mother, Mrs. Vivian Ann Kilson and brother Sterling Wayne Alford both were hospitalized: Assaulting with a deadly weapon Deputy Federal Public Defender Brian Pomerantz, and other assaults to total out two cars at Kilsons resident: Cover-up, conceal records with federal judges lead by Andrew J. Wistrich US Magistrate:

R L Alford

Rickey Louis Alford
P.O. Box 4670
Lancaster, Ca 93539
J39242/A-144

In Pro se

United States District Court
Central District of California

Rickey Louis Alford
    Plaintiff

vs.

Barack Obama
President of United States;
F.B. Haws, Warden (black);
Dr. Hicks, Psychiatrist (black);
M. Parker, Corr Officer (black);
Wadley, Psychologist (black);
M. Looper, Corr Officer (black);
Rodney McElvaine, Parole Agent
(black);
    Defendants

No.

Civil Right Complaint
42 USC sec. 1983 with
Habeas Corpus
28 USC sec. 2254

Statement of facts:

The main and essential issues are taking of identification documents and information from obstructing toxicology test on my family members Mrs. Vivian Ann Kilson and Sterling Wayne Alford and Ms Kilson son John Jr. Kilson joins with Ashely Wilson and Rodney McElvaine, Parole Agent to poison and attempt

P. 1

murder and murder, doctors manage to bring Ms Kilson back to life:

John Jr. Kilson called Sheriff Dept, and all races other they white came to the scene: John Jr. Kilson a coward, informant to conspire to poison his mother, presented false information and conspired to a false claim: All Sheriff Deputies arrived established that Alford had not committed ony crime, yet Rodney McElvaine, Parole Agent wrote a false report that Sheriff Deputies made statements that Alford threaten Ashely Wilson, and tried to kill his mother Mrs Vivian Ann Kilson, Step father Mr. Johnnie Lee Kilson, sisters and brothers:

See. 18 U.S.C. sec. 287 False, fictitious or fraudulent claims

Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title. Id

P. 2

Many Habeas Corpus and Civil Right Complaints and under Title 42 USC sec. 1997e, all administrative remedies have been, cover-up, conceals, all writting documents under 18 USC sec. 1001:

Barack Obama came to the State of California Aug 11, 2009 to harass me over impeachments of Federal Judges, namely US Magistrate, Andrew J. Wistrich, whos cover-up, concealed identification documents and information, mainly cover-up and conceal a discovery motion asking for medical records of Deputy Federal Public Defender Brian Pomerantz hospitalized, assaulted over representing RL Alford. Art III USCA Const. Art. II, sec. 4 Removal from Office: US vs. Claiborne 727 F.2d 842 (9th Cir. 1984 Nev).

18 USC sec. 286 Conspiracy to defraud the Government with respect to claims
whoever enter into any agreement, combination, or conspiracy to defraud the United States, or any department or agency thereof, by obtaining or aiding to obtain the payment or allowance of any false, fictitious or fraudulent claim, shall be fined under this title or imprisoned not more than ten years or both. Id

Rickey L. Alford
October 9, 2009

P. 3

Attached to Civil Rights and Habeas Corpus

President of the United States falls under Impeachment clause of the Constitution Barack Obama see. Rickey Alford vs. F. B. Haws, Warden case. No. CV09-6047, decision Sept 17, 2009, where others who care less about black people as with a female sexual disorder homosexual anti-black Margaret M. Morrow has conspired against Alford with not only Andrew J. Wistrich US Magistrate but other Judges Audrey Collins and Gary Fees, these are old diseases poisoning black people with intents to kill and give the murder to as with Alford case giving him the charge. Art. II, sec. 4 USCA Const US vs. Claiborne, 727 F.2d 842 (9th Cir. 1984 Nev); Nixon vs. Sirica, (1973, App) 159 US App 58, 487 F.2d 700, 19 ALR Fed 343.

Obama, Barack the homosexual that the deformed is, has his share of homosexual men and to produce vedio and of the prostitute deformed wife of his, in vedios, all can be produced: From playboy to Penhouse to Players Magazine of homosexual men penetrating the homosexual; fornication to stimpulate abnormal sexual drives, and participating in a toxic poisoning of Ms Vivian Ann Kilson way of joy to a sadist.

p. 4

On Oct 8, 2009 a inmate appeal, 602 Form CDC was submitted under 42 USC sec. 1997e exhausting administrative remedie to have accesse to Law Library, where as a black, all black inmates are attacked by all Federal and State Judges and all black employees are anti-black and most blacks tries to join together against the black employees anti-black insurrection rebellion against African black descendants.

It appears black psychology practitioners fraud all black inmate reports with orders from the Appeal Court, State Supreme Court and all Federal Judges. See 18 USC sec. 24 Federal health care offense" defined as in this section for purposes of preventing health care fraud and abuse. 18 USC sec. 1035 False statements relating to health care matters.

16 Fed Proc L.Ed Government officers and employees sec. 40:707; 63C Am Jur 2d Public officer and employees section 218-222:

Art. II, sec. 4 Shurteff vs. US (1903) 189 US 311, 47 L.Ed 928, 23 S.Ct. 535; US vs. Alessio (1976 CA 9 Cal) 526 F.2d 1079 cert den (1976) 426 US 948, 49 L.Ed 2d 1184.

Art. II, sec. 4 Removal from office

The President, Vice President and all civil officers of the United States, shall be removed from office on Impeachment, for conviction or, Treason, bribery or other high crime and misdeameanor. Id

p. 5

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Alford**, **Rickey** **L.**
     (Last)         (First)     (Initial)

Prisoner Number **J39242**

Institutional Address **P.O. Box 4670, Lancaster Ca 93539**

===================================================================

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Rickey Louis Alford**
Full Name of Petitioner

Case No. _____
(To be supplied by the Clerk,
United States District Court)

vs.

**Barack Obama**
Name of Respondent
(Warden or jailor)

PETITION FOR A WRIT OF HABEAS CORPUS **with Civil Right Complaint 42 USC sec. 1983**

===================================================================

### Read Comments Carefully Before Filling In

#### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

1

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   <u>Superior Court</u>           <u>Lancaster</u>
   Court                          Location

   (b) Case number, if known <u>MA005248</u>

   (c) Date and terms of sentence <u>Parole violation</u>

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ___
   Where? <u>Lancaster State Prison    P.O. Box 4670, Cal 93539</u>
          (Name of Institution)               (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

   <u>Parole violation based on black government agents false-imprisonment, using a poisonous toxic on my mother and brother</u>

3. Did you have any of the following?

Arraignment: Yes ___ No ✓   Preliminary Hearing: Yes ___ No ✓
Motion to Suppress: Yes ___ No ✓

2

4. How did you plead?

Guilty _____     Not Guilty _____     Nolo Contendere _____

Any other plea (specify) _parole violation_____

5. If you went to trial, what kind of trial did you have?

Jury _____     Judge alone _____     Judge alone on a transcript _____

6. Did you testify at your trial?  Yes _____  No ✓

7. Did you have an attorney at the following proceedings:

(a) Arraignment         Yes _____  No ✓
(b) Preliminary hearing  Yes _____  No ✓
(c) Time of plea         Yes _____  No ✓
(d) Trial                Yes _____  No ✓
(e) Sentencing           Yes _____  No ✓
(f) Appeal               Yes _____  No ✓
(g) Other post-conviction proceeding  Yes _____  No ✓

8. Did you appeal your conviction?  Yes ✓  No _____

(a) If you did, to what court(s) did you appeal?

Court of Appeal        Yes ✓  No _____   2009   denied
                                        (Year)  (Result)

Supreme Court of
California             Yes ✓  No _____   2009   denied
                                        (Year)  (Result)

Any other court        Yes ✓  No _____   2009   dismissed
                                        (Year)  (Result)

(b) If you appealed, were the grounds the same as those that you are raising in this petition? Yes ✓  No _____

(c) Was there an opinion? Yes ✓  No _____

(d) Did you seek permission to file a late appeal under Rule 31(a)? Yes _____  No ✓

If you did, give the name of the court and the result:
_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes _____  No _____

3

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court  Court of Appeal, second Appellate District

   Type of Proceeding  Habeas Corpus

   Grounds raised (Be brief but specific):

   a. Fed Pub Def Deputy assaulted with great bodily harm
   b. 1260 days credit loss atty Pomerantz argued
   c. fored off the case by CDCR agent, assaults
   d. no witnesses allowed at parole revocation hearing

   Result  Denied                Date of Result  July 2009

II. Name of Court  Supreme Court State of California

    Type of Proceeding  Habeas Corpus No. S175539/S173977

    Grounds raised (Be brief but specific):

    a. Mrs Vivian Ann Kilson poisoned with deady toxic
    b. Ashely Wilson attempt murder on Ms Kilson
    c. Attorney Brian Pomerantz assaulted, hospitalized
    d. two cars total-out 4 days prior to Alford release

    Result  Denied                Date of Result  June 4, 2008  July 22, 09/Sep 09

III. Name of Court  US District Court Central Dist of Calif

     Type of Proceeding  Habeas Corpus No. CV09-4458

     Grounds raised (Be brief but specific):

     a. Federal Pub Def Briant Pomerantz assaulted over 1260 days credit loss

4

b. toxic poisoning of Alford mother Vivian Kilson

c. no witnesses allowed at parole hearing

d. total-out of two cars 4 days prior to release

Result _____ Date of Result _____

    (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?  Yes ____  No ____

_____
(Name and location of Court)

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without revie on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: Mrs Vivian Ann Kilson committee an attempt to suicide aided by Ashely Wilson and husband

Supporting Facts: Mrs Kilson did not like Alford telling people Ashely Wilson and Johnnie Lee Kilson participated in driving Mrs Kilson to committ suicide because Alford came to live with them, aider Rodney McElwain Parole Agent

Claim Two: At the same time government employees are forcing a' toxic, LSD, viruse in Alfords food

Supporting Facts: Letters went out to a black psychiatrist Hicks, who was sued for participating in food poisoning cover-up, conceal 18 USC sec.1001 by US Magistrate Andrew J. Wistrich, Artill, see USCA Const removal from office:

5

Claim Three: <u>Their is fraud by Hicks Psych Dr, and Dr. Wadly Psychologist and theirs other conspirators</u>

Supporting Facts: <u>18 USC sec. 1028, preventing the identification of documents and information by the defendants with cover-up, conceal by US Magistrate Andrew J. Wistrich, 18 USC sec 24, 1035 fraud related to health care.</u>

If any of these grounds was not previously presented to any othe court, state briefly which grounds were not presented and why:

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Do you have an attorney for this petition?   Yes ____   No ____
If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on <u>Oct 10, 09</u>     <u>Rickey L. Alford</u>
             Date                  Signature of Petitioner

(rev. 5/96)

6

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Rickey L. Alford | J39242 | | A-144 |

A. Describe Problem: Its impossible to get rational thinking inmates together to discuss violations of Federal health care offense and abuse, 18USC sec. 24, where where all psychology practitioners are using False statements related to health, 18 USC sec. 1035 ~~lead by a psych Dr. Wedly working A facility and will continue to~~ and will continue to harass and cover-up and conceal especially Black employees hatred toward

If you need more space, attach one additional sheet.

B. Action Requested: Having access to Law Library to research 18 USC sec. 24, 1035, False statements related to health care matter and abuse, need cases printed out

Inmate/Parolee Signature: Rickey L. Alford     Date Submitted: Oct 8, 09

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Attached to 602 Form CDC inmate appeal 10/08/09
the black inmate or people in general.
Dr. Wadly is joined with Dr. Hicks, these
are Negro haters toward black people
who conspired to take a false report by
a Negro hater of black people, Rodney
McElvaine, Parole Agent, who hire a Ashely
Wilson to poison Alford mother Mrs. Vivian
Ann Kilson, cover-up McElvaine reports, see
18 USC sec. 1001; 1028 Fraud related to activity
in connection with identification documents
and information.

Toxicology test were and remains a demand
at Antelop Valley Hospital who treated Ms. Kilson
attempt murder and murder, she died and
doctors brought her back to life, none blacks
no black Doctors but another race of people.
Such reports are obstructed and will remain
of discovery, and as to how McElvaine wrote
a report of Alford trying to kill his mother
father and sisters, brothers. 18 USC sec. 286, 287
42 USC sec. 1983 Dugar vs. Coughlin, SDNY 1985,
613 F.Supp 849; US vs. Greene, SD.Ga. 1902, 115 F. 343;
US vs. Dobson, E.D.Pa 1922, 277 F. 126.

Research to get copies and case law on False
statements related to health care matters and
abuse 18 USC sec. 24 & 1035, with reference
annotated codes, etc. See Alford vs. McElvaine CV09-4122
US District Ct, Central Calif
                                        R. L. Alford

Rickey Louis Alford
P.O. Box 4670
Lancaster, Ca 93539
J39242/A-144
OSP-LAC





United States District Court
Central District of California
312 North Spring Street
Los Angeles, Ca 90012

State Prison
Generated Mail
A-4